EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Leonor Rodríguez Rodríguez | 2013 TSPR 132<br><br>189 DPR ____ |

Número del Caso: TS-12697

Fecha: 15 de noviembre de 2013

Colegio de Abogados de Puerto Rico:

        Lcda. Carmen I. Navas
        Procuradora del Abogado

        Lcdo. Enrique Vélez Rodríguez

Oficina de la Procuradora General:

        Lcda. Karla Z. Pacheco Álvarez
        Subprocuradora General

        Lcda. Minnie H. Rodríguez López
        Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Leonor Rodríguez Rodríguez

TS-12697

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 15 de noviembre de 2013.

Examinados la Moción de solicitud de reinstalación presentada por la peticionaria Leonor Rodríguez Rodríguez y el Informe de la Procuradora General de Puerto Rico, ha lugar. Se autoriza la reinstalación de la señora Rodríguez Rodríguez al ejercicio de la abogacía.

Se ordena el archivo de la queja AB-2010-79.

En cuanto a su Obra Notarial, habiendo sido debidamente corregida y aprobada por la Oficina de Inspección de Notarías, enterado. Se da por terminada la fianza otorgada por el Colegio de Abogados de Puerto Rico el 22 de febrero de 2001 para garantizar las funciones notariales de dicho notario, la cual se considerará buena y válida por tres años después de su terminación por los actos realizados por la mencionada fiada durante el período en que la misma estuvo vigente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y el Juez Asociado señor Rivera García no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo